**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosetta Carroll, | No. CV-22-00009-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is Defendant's[1] Motion for Extension to File Answer. (Doc. 14.) Defendant seeks additional time to file both her Answer to Plaintiff's Complaint and the electronic Certified Administrative Record. *Id.* Plaintiff does not oppose this request. *Id.* Having reviewed the Motion, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's motion (Doc. 14).

**IT IS FURTHER ORDERED** that Defendant shall file her Answer and the electronic Certified Administrative Record on or before May 20, 2022.

Dated this 17th day of March, 2022.

Honorable John C. Hinderaker
United States District Judge

---

[1] Defendant is Kilolo Kijakazi, Acting Commissioner of Social Security.