**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosetta Carroll,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>        Defendant. | No. CV-22-00009-TUC-JCH<br><br>**ORDER** |

This case, reassigned to the Honorable John C. Hinderaker, is hereby referred to Magistrate Judge D Thomas Ferraro for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Rule 72 of the Federal Rules of Civil Procedure, and Rule 72.2 of the Rules of Practice and Procedure of the U.S. District Court for the District of Arizona. All future filings in this case shall be designated:

**CV-22-00009-TUC-JCH (DTF).**

**IT IS SO ORDERED.**

Dated this 17th day of March, 2022.

_____
Honorable John C. Hinderaker
United States District Judge