**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosetta Carroll,<br><br>   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>   Defendant. | No. CV-22-00009-TUC-JCH<br><br>**ORDER** |

On November 6, 2017, Plaintiff Rosetta Carroll filed a complaint appealing the decision of the administrative law judge ("ALJ") which denied her claim for Disability Benefits under Title II of the Social Security Act. Doc. 1. The Court referred this matter to Magistrate Judge D. Thomas Ferraro for Report and Recommendation ("R&R"). Doc. 16. On February 2, 2023, Judge Ferraro issued his R&R; he found that the Administrative Law Judge ("ALJ") erred and recommended that this Court vacate the Commissioner's decision and remand for further proceedings. Doc. 23 at 15. On February 23, 2023, the Court adopted the R&R in full, reversed the final decision of the Commissioner, and remanded the matter under 42 U.S.C. § 405(g). Doc. 24. Judgment issued on the same date. Doc. 25. Before the Court is the parties' "Stipulation for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA") filed pursuant to 28 U.S.C. § 2412(d)" (the "Stipulation"). Doc. 26. Good cause appearing,

…

**IT IS ORDERED GRANTING** the Stipulation (Doc. 26).

**IT IS FURTHER ORDERED** that Plaintiff is awarded the total sum of THREE THOUSAND TWO HUNDRED ONE AND 41/100 DOLLARS ($3201.41) for her attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). There are no expenses or costs under 28 U.S.C. § 1920.

**IT IS FURTHER ORDERED** that Attorney's fees will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, payment shall be paid via check made payable to Plaintiff's attorneys at Hallinan & Killpack Law Firm. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office.

Dated this 27th day of March, 2023.

_____
Honorable John C. Hinderaker
United States District Judge